**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**04/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kevin**<br>First name<br><br>**L.**<br>Middle name<br><br>**Johnson**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6910** |  |

3/11/21 12:44PM

Debtor 1    **Kevin L. Johnson**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> Business name(s) <br><br> EIN | ☐ I have not used any business name or EINs. <br><br> Business name(s) <br><br> EIN |
| **5.** **Where you live** | **72 Mistuxet Avenue** <br> **Mystic, CT 06355** <br> Number, Street, City, State & ZIP Code <br><br> **New London** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Kevin L. Johnson**                                    Case number *(if known)*

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.    Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

---

**11.    Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

  ☐    No. Go to line 12.

  ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Kevin L. Johnson**                                                Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                          _____
                          Number, Street, City, State & Zip Code

---

Debtor 1    **Kevin L. Johnson**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15.  Tell the court whether you have received a briefing about credit counseling.** | *You must check one:* | *You must check one:* |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Kevin L. Johnson**                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin L. Johnson**

_____                         _____
**Kevin L. Johnson**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on    **March 11, 2021**                      Executed on    _____
                    MM / DD / YYYY                                              MM / DD / YYYY

---

Debtor 1    **Kevin L. Johnson**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Anthony S. Novak**                                    Date    **March 11, 2021**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Anthony S. Novak**
Printed name

**Novak Law Office, P.C.**
Firm name

**280 Adams Street**
**Manchester, CT 06042**
Number, Street, City, State & ZIP Code

Contact phone    **860-432-7710**                    Email address    **anthonysnovak@aol.com**

**ct09074 CT**
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

3/11/21 12:44PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin L. Johnson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $    **115,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $    **41,471.98** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $    **156,471.98** |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **48,200.53** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $    **3.00** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    **312,639.19** |
| **Your total liabilities** | $    **360,842.72** |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $    **7,011.66** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $    **7,033.85** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■   Yes

7. **What kind of debt do you have?**

    ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1    **Kevin L. Johnson**                                              Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin L. Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | | | |

☐ Check if this is an
amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**72 Mistuxet Avenue**
Street address, if available, or other description

**Mystic              CT      06355-0000**
City                State      ZIP Code

**New London**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$115,000.00** | **$115,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

| |
|---|
| **$115,000.00** |

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Kevin L. Johnson**                                Case number *(if known)*

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | **Nissan** |
|-----|-------|------------|
|  | Model: | **Murano** |
|  | Year: | **2010** |
|  | Approximate mileage: |  |
|  | Other information: |  |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$3,056.00          $3,056.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>

$3,056.00

| **Part 3:** | Describe Your Personal and  Household Items |
|-----|-----|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Household goods and furnishings | $3,000.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| TV, computer, iphone | $500.00 |
|---|---|

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes.  Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

Debtor 1    **Kevin L. Johnson**                                                                    Case number *(if known)* _____

☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Everyday clothing, outerwear, footwear, casualwear | $500.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Wedding band | $1,500.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $5,500.00 |
|---|

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.....................................................................................................

| **Cash** | $5.00 |
|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes....................... Institution name:

| 17.1. | **Bank of America Savings #6937** | $0.00 |
|---|---|---|

| 17.2. | **Liberty Bank Checking #0879** | $738.89 |
|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................. Institution or issuer name:

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Kevin L. Johnson**                                                                  Case number *(if known)*

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                              Name of entity:                                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                              Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                 Type of account:                  Institution name:

                                        **Capital Group IRA  Not property of the estate
                                        pursuant to 11 USC Sec 541(c)(2) and CGS
                                        52-321(a).**                                                  $24,172.09

                                        **Roth IRA  Not property of the estate pursuant
                                        to 11 USC Sec 541(c)(2) and CGS 52-321(a).**                  $7,000.00

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................                        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

3/11/21 12:44PM

Debtor 1    **Kevin L. Johnson**                         Case number *(if known)*

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **U.S. Financial Life Insurance Co. Term Life  Policy** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☐ No
- ■ Yes. Give specific information..

| | |
|---|---|
| **Hoosier cabinet, collection of baskets, top folding desk from Googin estate** | **$1,000.00** |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

| |
|---|
| **$32,915.98** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

Debtor 1    **Kevin L. Johnson**                                                    Case number *(if known)*

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.

    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ■ No

    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................     **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | **$115,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$3,056.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,500.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$32,915.98** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |

62.  **Total personal property.** Add lines 56 through 61...    **$41,471.98**    Copy personal property total    **$41,471.98**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62     **$156,471.98**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin L. Johnson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **72 Mistuxet Avenue Mystic, CT 06355 New London County**  Line from *Schedule A/B*: **1.1** | $115,000.00 | ■ $66,799.47  ☐ 100% of fair market value, up to any applicable statutory limit | Conn. Gen. Stat. § 52-352b(t) |
| **2010 Nissan Murano**  Line from *Schedule A/B*: **3.1** | $3,056.00 | ■ $3,056.00  ☐ 100% of fair market value, up to any applicable statutory limit | Conn. Gen. Stat. § 52-352b(j) |
| **Household goods and furnishings**  Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Conn. Gen. Stat. § 52-352b(a) |
| **TV, computer, iphone**  Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | Conn. Gen. Stat. § 52-352b(a) |
| **Everyday clothing, outerwear, footwear, casualwear**  Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | Conn. Gen. Stat. § 52-352b(a) |

Debtor 1  **Kevin L. Johnson**                                                                 Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding band**<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■  $1,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(k)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $5.00 | ■  $5.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(r)** |
| **Bank of America Savings #6937**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■  $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(r)** |
| **Liberty Bank Checking #0879**<br>Line from *Schedule A/B*: **17.2** | $738.89 | ■  $738.89<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(r)** |
| **Capital Group IRA  Not property of the estate pursuant to 11 USC Sec 541(c)(2) and CGS 52-321(a).**<br>Line from *Schedule A/B*: **21.1** | $24,172.09 | ■  $24,172.09<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. §§ 52-352b(m), 52-321(a)** |
| **Roth IRA  Not property of the estate pursuant to 11 USC Sec 541(c)(2) and CGS 52-321(a).**<br>Line from *Schedule A/B*: **21.2** | $7,000.00 | ■  $7,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. §§ 52-352b(m), 52-321(a)** |
| **U.S. Financial Life Insurance Co. Term Life  Policy**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■  $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. §§ 38a-453, 38a-454** |
| **Hoosier cabinet, collection of baskets, top folding desk from Googin estate**<br>Line from *Schedule A/B*: **32.1** | $1,000.00 | ■  $256.11<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(r)** |
| **Hoosier cabinet, collection of baskets, top folding desk from Googin estate**<br>Line from *Schedule A/B*: **32.1** | $1,000.00 | ■  $743.89<br>☐  100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(a)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No

    ☐  Yes

**Fill in this information to identify your case:**

| Debtor 1 | **Kevin L. Johnson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **NewRez** | Describe the property that secures the claim: | $48,200.53 | $115,000.00 | $0.00 |

| | |
|---|---|
| Creditor's Name | **72 Mistuxet Avenue Mystic, CT 06355  New London County** |

**Attn: President**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **First Mortgage**

Date debt was incurred

Last 4 digits of account number   4177

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $48,200.53 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $48,200.53 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin L. Johnson** |
| | First Name ____ Middle Name ____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ____ Middle Name ____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ____ | **$1.00** | **$1.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**Attn: Special Procedures**
**135 High Street, Stop 155**
**Hartford, CT 06103**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

Debtor 1    **Kevin L. Johnson**                                      Case number *(if known)*

---

| 2.2 | **State of Connecticut** | | Last 4 digits of account number | | **$1.00** | **$1.00** | **$0.00** |

Priority Creditor's Name

**Dept. of Revenue Services**
**C&E Division, Bankruptcy Unit**
**450 Columbus Blvd., Suite 1**
**Hartford, CT 06103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **Town of Stonington** | | Last 4 digits of account number | | **$1.00** | **$1.00** | **$0.00** |

Priority Creditor's Name

**Attn: Tax Collector**
**152 Elm Street**
**Stonington, CT 06378**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Kevin L. Johnson**                                    Case number (if known) _____

---

**4.1** | **1st Global Capital LLC**

Nonpriority Creditor's Name

**Attn: President**
**1250 East Hallandale**
**Beach Blvd  Suite 903**
**Hallandale, FL 33009**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$1.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

**4.2** | **3 Shaws Cove**

Nonpriority Creditor's Name

**Attn: Rimco**
**116 Gristmill Lane**
**Great Neck, NY 11023**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$1.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

**4.3** | **400 Northampton LP**

Nonpriority Creditor's Name

**Attn: President**
**400 Northampton Street 708**
**Easton, PA 18042**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$1.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

3/11/21 12:44PM

Debtor 1    **Kevin L. Johnson**                          Case number *(if known)*

---

| 4.4 | **A & M Pump & Motor** | Last 4 digits of account number    **8349** | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**42B East 2nd Street**
**Mineola, NY 11501**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.5 | **Accurate Pest Control LLC** | Last 4 digits of account number    _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**1161 Curry Road**
**Schenectady, NY 12306**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.6 | **Ace Consulting** | Last 4 digits of account number    _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**103 Deerfield Circle**
**Nicholasville, KY 40356**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Kevin L. Johnson**                                   Case number (if known) _____

---

| 4.7 | **Admiral Insurance Company** | Last 4 digits of account number | **9602** | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**NW5117**
**P.O. Box 1450**
**Minneapolis, MN 55485**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.8 | **ADP LLC** | Last 4 digits of account number | **6337** | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**P.O. Box 842875**
**Boston, MA 02284**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.9 | **Altus GTS Inc.** | Last 4 digits of account number | **9433** | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**2400 Veterans Memorial Blvd**
**Suite 300**
**Kenner, LA 70062**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                      Case number (if known) _____

---

| 4.10 | **American Arrow Associates LLC** | Last 4 digits of account number ____ ____ ____ ____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Presidet**
**1589 SW Balmoral Trace**
**Stuart, FL 34997**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **possible guaranteed business debt**

---

| 4.11 | **American Copy Service Center** | Last 4 digits of account number  **1ACS** | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**2095 S. Main Street**
**Waterbury, CT 06706**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **possible guaranteed business debt**

---

| 4.12 | **American Express** | Last 4 digits of account number ____ ____ ____ ____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**PO Box 981537**
**El Paso, TX 79998**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                Case number *(if known)* _____

---

| 4.1 3 | **Aquarion Water Company** | Last 4 digits of account number **6651** | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**PO Box 10010**
**Lewiston, ME 04243**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

| 4.1 4 | **Atlas Metal Works LLC** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**48 Commerce Way**
**South Windsor, CT 06074**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

| 4.1 5 | **Automatic Temperature Controls** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**95 Connecticut Street**
**Cranston, RI 02920**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1    **Kevin L. Johnson**

Case number (if known)

---

**4.16**

**Avidia Bank**
Nonpriority Creditor's Name
**Attn: President**
**42 Main St**
**Hudson, MA 01749**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

**4.17**

**BAE Systems Jacksonville Ship**
Nonpriority Creditor's Name
**Repair LLC**
**Attn: President**
**8500 Heckscher Drive**
**Jacksonville, FL 32226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

**4.18**

**Bank of America**
Nonpriority Creditor's Name
**Attn President**
**P. O. Box 31785**
**Tampa, FL 33631**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1　**Kevin L. Johnson**　　　　　　　　　　　　　　　　Case number (if known)　　　

---

| 4.19 | **Benefit Reports, Inc.** | Last 4 digits of account number | | | **$1.00** |

Nonpriority Creditor's Name
**attn: President
554 Washington Street
Wellesley, MA 02482**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**possible guaranteed business debt**

---

| 4.20 | **Bluetarp Financial Inc.** | Last 4 digits of account number | 7564 | | **$1.00** |

Nonpriority Creditor's Name
**Attn: President
One Monument Square #800
Portland, ME 04101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**possible guaranteed business debt**

---

| 4.21 | **Box Inc.** | Last 4 digits of account number | 4455 | | **$1.00** |

Nonpriority Creditor's Name
**Attn: President
900 Jefferson Avenue
Redwood City, CA 94063**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                      Case number (if known) _____

---

| 4.2 2 | **Butler Manufacturing** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bonnie Long**
**400 N. Weaber**
**Annville, PA 17003**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

| 4.2 3 | **Caterpillar Financial Services** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**2120 West End Avenue**
**Nashville, TN 37203**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

| 4.2 4 | **Cluff Carpet One** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**118 Cross Road**
**Waterford, CT 06385**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                    Case number (if known) _____

---

| 4.2 5 | **Colonna Masonry Concrete &** | Last 4 digits of account number _____ | **$1.00** |

**Asphalt Paving LLC**
**Attn: President**
**160 Fresh Meadow Road**
**West Haven, CT 06516**

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **possible guaranteed business debt**

---

| 4.2 6 | **Commerce & Industry Insurance** | Last 4 digits of account number _____ | **$1.00** |

**Company**
**Attn: President**
**175 Water St.  18th Floor**
**New York, NY 10038**

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **possible guaranteed business debt**

---

| 4.2 7 | **Corepointe Insurance Company** | Last 4 digits of account number  **824P** | **$39,132.80** |

**Attn: President**
**17771 Cowan**
**Suite 100**
**Irvine, CA 92614**

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **possible guaranteed business debt**

---

Debtor 1    **Kevin L. Johnson**                                              Case number (if known) _____

---

**4.2 8**

| | |
|---|---|
| **Corporation Service Co.** | Last 4 digits of account number _____    **$1.00** |
| Nonpriority Creditor's Name | |
| **Attn President** | **When was the debt incurred?** |
| **P. O. Box 2576** | _____ |
| **Springfield, IL 62708** | |
| Number Street City State Zip Code | **As of the date you file, the claim is: Check all that apply** |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

**4.2 9**

| | |
|---|---|
| **De Lage Landen Financial** | Last 4 digits of account number _____    **$1.00** |
| Nonpriority Creditor's Name | |
| **Services Inc.** | **When was the debt incurred?** |
| **Attn: President** | _____ |
| **49 Walpole Street** | |
| **Norwood, MA 02062** | |
| Number Street City State Zip Code | **As of the date you file, the claim is: Check all that apply** |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

**4.3 0**

| | |
|---|---|
| **DeSanctis Insurance Agency Inc** | Last 4 digits of account number _____    **$1.00** |
| Nonpriority Creditor's Name | |
| **attn: President** | **When was the debt incurred?** |
| **100 Unicorn Park Drive** | _____ |
| **Woburn, MA 01801** | |
| Number Street City State Zip Code | **As of the date you file, the claim is: Check all that apply** |

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                      Case number (if known) _____

---

| 4.3<br>1 | **Developers Surety & Indemnity** | Last 4 digits of account number _____ | $262,658.39 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 34526**
**Seattle, WA 98121**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

| 4.3<br>2 | **Donald Meklin & Sons** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Excavating LLC**
**Attn: President**
**67 Front Street**
**Rockland, ME 04841**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

| 4.3<br>3 | **E2 Engineers LLC** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**488 Montauk Avenue**
**New London, CT 06320**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                    Case number (if known) _____

---

| 4.3 4 | **East Coast Mechanical** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**Contracting Corp.**
**Attn: President**
**340 Jackson Avenue**
**Bronx, NY 10454**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

| 4.3 5 | **ECC & Assocates** | Last 4 digits of account number **3933** | $1.00 |

Nonpriority Creditor's Name
**Attn: President**
**26 Railroad Avenue**
**Babylon, NY 11702**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

| 4.3 6 | **Ekta Patel** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**7 Londonderry Lane**
**Georgetown, MA 01833**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                              Case number (if known) _____

| 4.3 7 | **Elisabeth Googins** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name
**118 Bowman Road**
**Belton, SC 29627**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **other**

---

| 4.3 8 | **Enerflex Energy Systems Inc.** | **Last 4 digits of account number** **2765** | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**10815 Telge Road**
**Houston, TX 77095**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.3 9 | **Everett Co-Operative Bank** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**419 Broadway**
**Everett, MA 02149**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                          Case number (if known) _____

---

**4.4 0**

**Farrell Smith O'Connell LLP**                Last 4 digits of account number _____        **$1.00**
Nonpriority Creditor's Name
**Attn: Managing Partner**                      When was the debt incurred? _____
**2355 Main Street**
**P.O. Box 186**
**South Chatham, MA 02659**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☑ Disputed
☑ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
☑ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☑ Other. Specify  **legal/mediation services**

---

**4.4 1**

**FGS, Inc.**                                    Last 4 digits of account number _____        **$1.00**
Nonpriority Creditor's Name
**Attn: President**                              When was the debt incurred? _____
**136 Maine Avenue**
**Bangor, ME 04401**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☑ Disputed
☑ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
☑ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☑ Other. Specify  **possible guaranteed business debt**

---

**4.4 2**

**Five Star Mechanical Inc.**                    Last 4 digits of account number _____        **$1.00**
Nonpriority Creditor's Name
**Attn: President**                              When was the debt incurred? _____
**198 Jericho Turnpike**
**Suite 2**
**Mineola, NY 11501**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☑ Disputed
☑ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
☑ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☑ Other. Specify  **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                          Case number (if known) _____

---

| 4.4 3 | **Foos Fire Inc.** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**12-4 Technology Drive**
**East Setauket, NY 11733**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **possible guaranteed business debt**

---

| 4.4 4 | **Forward Financing** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**100 Summer St #1175**
**Boston, MA 02110**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **possible guaranteed business debt**

---

| 4.4 5 | **Gannett Fleming Engineers &** | Last 4 digits of account number  5655 | **$1.00** |

**Architects P.C.**
**Attn: President**
**P.O. Box 829160**
**Philadelphia, PA 19182**
Number Street City State Zip Code

Nonpriority Creditor's Name

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                    Case number (if known)

---

| 4.4 6 | **Hamptons Carpet One** | | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name

**Attn: Manager**
**675 North Sea Road**
**Southampton, NY 11968**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.4 7 | **Heartland EMS Inc.** | | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name

**Attn: Beth Ballard**
**P.O. Box 636**
**256 Lucas Road**
**Cochran, GA 31014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.4 8 | **HHC One Cambridge LLC** | | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name

**c/o Patel Construction LLC**
**27 Congress Street**
**Salem, MA 01970**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                    Case number (if known) _____

---

**4.49**

**Hy-Cert Services**                          Last 4 digits of account number _____        **$1.00**
Nonpriority Creditor's Name
**Attn: President**                            When was the debt incurred? _____
**122 Cain Drive**
**Brentwood, NY 11717**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **possible guaranteed business debt**

---

**4.50**

**Insco Insurance Services Inc.**              Last 4 digits of account number _____        **$1.00**
Nonpriority Creditor's Name
**Attn: President**                            When was the debt incurred? _____
**200 Cherrington Parkway**
**Coraopolis, PA 15108**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **possible guaranteed business debt**

---

**4.51**

**Island Fire Life Safety Co.**                Last 4 digits of account number _____        **$1.00**
Nonpriority Creditor's Name
**Attn: President**                            When was the debt incurred? _____
**630 Broadway Avenue**
**Suite 1**
**Holbrook, NY 11741**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                    Case number (if known) _____

| 4.5 2 | **J. Wise & Company LLC** | Last 4 digits of account number | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**1003 Morgantown Road**
**Shillington, PA 19607**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **possible guaranteed business debt**

---

| 4.5 3 | **Jamaica Ash & Rubbish Removal** | Last 4 digits of account number  9356 | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**P.O. Box 833**
**Westbury, NY 11590**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **possible guaranteed business debt**

---

| 4.5 4 | **Jan-Pro of Capital District** | Last 4 digits of account number  6368 | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**423-A New Karner Road**
**Albany, NY 12205**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **possible guaranteed business debt**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Kevin L. Johnson**

Case number (if known) _____

| 4.5 5 | **JLV General Construction** | **Last 4 digits of account number** **2298** | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**123 Stratford Avenue**
**Williston Park, NY 11596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.5 6 | **Jordan Googins** | | **$1.00** |

Nonpriority Creditor's Name
**29 Wintergreen Drive**
**Quaker Hill, CT 06375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **other**

---

| 4.5 7 | **Jpmcb-Card Services** | **Last 4 digits of account number** | **$10,752.00** |

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

Debtor 1    **Kevin L. Johnson**                                        Case number (if known) _____

---

| 4.5 8 | **Kabbage Inc.** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 77081**
**Atlanta, GA 30357**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **possible guaranteed business debt**

---

| 4.5 9 | **Keating Inc.** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**144 Turnpike Road**
**Suite 150**
**Southborough, MA 01772**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **possible guaranteed business debt**

---

| 4.6 0 | **Kevin Soto** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**c/o Gambeski & Frum**
**Attn: Managing Partner**
**565 Taxter Road**
**Elmsford, NY 10523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **possible guaranteed business debt**

---

Debtor 1    **Kevin L. Johnson**

Case number *(if known)*

---

| | | | |
|---|---|---|---|
| **4.6 1** | **Lasting Images** | Last 4 digits of account number | **$1.00** |

Nonpriority Creditor's Name
**Atn: President**
**166 Nancy Drive**
**East Meadow, NY 11554**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **possible guaranteed business debt**

---

| | | | |
|---|---|---|---|
| **4.6 2** | **Liberty Mutual Insurance** | Last 4 digits of account number | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**17771 Cowan**
**Suite 200**
**Irvine, CA 92614**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **possible guaranteed business debt**

---

| | | | |
|---|---|---|---|
| **4.6 3** | **M2 Lease Fund LLC** | Last 4 digits of account number | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**175 Patrick Blvd**
**Suite 140**
**Brookfield, WI 53045**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                          Case number (if known) _____

| 4.6 4 | **Material Testing Inc.** | | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**55 Laura Street**
**East Haven, CT 06512**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.6 5 | **Mattern Construction Inc.** | | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: President**
**26M Bushnell Hollow Road**
**Baltic, CT 06330**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.6 6 | **Milan Patel** | | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name

**7 Londonderry Lane**
**Georgetown, MA 01833**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1    **Kevin L. Johnson**

Case number (if known)

---

| 4.6 7 | **Mount Castle Corporation** | | Last 4 digits of account number | | | $1.00 |

Nonpriority Creditor's Name

**Attn: President**
**45 Richards Grove Road**
**Waterford, CT 06375**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **possible guaranteed business debt**

---

| 4.6 8 | **MTG Electric** | | Last 4 digits of account number | | | $1.00 |

Nonpriority Creditor's Name

**Attn: President**
**3 Stevens Court**
**Saratoga Springs, NY 12866**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **possible guaranteed business debt**

---

| 4.6 9 | **Murtha Cullina LLP** | | Last 4 digits of account number | **6898** | | $1.00 |

Nonpriority Creditor's Name

**Attn: Managing Partner**
**Dept. 101011**
**P.O. Box 150435**
**Hartford, CT 06115**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **possible legal services**

---

Debtor 1    **Kevin L. Johnson**                                        Case number (if known) _____

---

| 4.7 0 | **Nelson & Pope Engineers** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**& Surveyors**
**572 Walt Whitman Road**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.7 1 | **New England In Touch** | Last 4 digits of account number    **0363** | $1.00 |

Nonpriority Creditor's Name
**Attn: President**
**255 Quaker Lane**
**West Warwick, RI 02893**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.7 2 | **North American Capacity** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**Insurance Company**
**Attn: President**
**1450 American Lane 11th Floor**
**Schaumburg, IL 60173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                        Case number (if known) _____

---

| 4.7 3 | |
|---|---|

**North American Specialty**                    Last 4 digits of account number _____            **$1.00**
Nonpriority Creditor's Name
**Insurance Company**                            **When was the debt incurred?** _____
**Attn: President**
**1450 American Lane 11th Fl**
**Schaumburg, IL 60173**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **possible guaranteed business debt**

---

| 4.7 4 | |
|---|---|

**North American Surety Group**                 Last 4 digits of account number _____            **$1.00**
Nonpriority Creditor's Name
**Attn: President**                              **When was the debt incurred?** _____
**475 N. Martingale Road**
**Suite 850**
**Schaumburg, IL 60173**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **possible guaranteed business debt**

---

| 4.7 5 | |
|---|---|

**Park Roway Inc.**                             Last 4 digits of account number _____            **$1.00**
Nonpriority Creditor's Name
**Attn: President**                              **When was the debt incurred?** _____
**51 Norwich Road**
**Quaker Hill, CT 06375**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                            Case number (if known) _____

---

**4.7 6**

**Patel Construction LLC**
Nonpriority Creditor's Name
**Attn: President**
**27 Conress Street**
**Salem, MA 01970**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

**4.7 7**

**Peckar & Abramson**
Nonpriority Creditor's Name
**Attn: Managing Partner**
**70 Grand Avenue**
**River Edge, NJ 07661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible legal services**

---

**4.7 8**

**Precision Tanks Inc.**
Nonpriority Creditor's Name
**Attn: President**
**105 Jackson Street**
**P.O. Box 257**
**Thompson, IA 50478**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Kevin L. Johnson**                                    Case number (if known)

---

**4.79**   **Republicash LLC**
Nonpriority Creditor's Name
**Attn: President**
**682 Main Street**
**South Portland, ME 04106**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____                **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

**4.80**   **Riverhead Building Supply Co.**
Nonpriority Creditor's Name
**Attn: President**
**250 David Court**
**Calverton, NY 11933**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____                **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

**4.81**   **Seaward Marine Corporation**
Nonpriority Creditor's Name
**Attn: President**
**1500-B Steel Street**
**Chesapeake, VA 23323**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____                **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                    Case number (if known) _____

---

| 4.8 2 | **Securitas Security Services** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name

**Attn; Clerk**
**255 Pitkin Street**
**F1**
**East Hartford, CT 06108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

| 4.8 3 | **Security King** | Last 4 digits of account number | 1326 | $1.00 |

Nonpriority Creditor's Name

**Attn: President**
**6 Hedge Lane**
**Merrick, NY 11566**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

| 4.8 4 | **Silktown Roofing Inc.** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name

**Attn: President**
**27 Pleasant Street**
**Manchester, CT 06040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                          Case number (if known) _____

---

| 4.8 5 | **SMS Services, Inc.** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**207A East St**
**Methuen, MA 01844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.8 6 | **Strategic Building Solutions** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**135 New Rd #2**
**Madison, CT 06443**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.8 7 | **Sullivan & Merritt Inc.** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**91 Freedom Pkwy**
**Hermon, ME 04401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1    **Kevin L. Johnson**                                           Case number (if known) _____

---

**4.8
8**

**T.F. O'Brien & Co. Inc.**
Nonpriority Creditor's Name
**Attn: President
100 Denton Avenue
New Hyde Park, NY 11040**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

**4.8
9**

**The Hanover Insurance Group**
Nonpriority Creditor's Name
**Attn: President
P.O. Box 58005
Charlotte, NC 28285**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2900**                    **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

**4.9
0**

**Thomas Industrial Coatings Inc**
Nonpriority Creditor's Name
**Attn: President
2070 Hwy Z
Pevely, MO 63070**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                          Case number *(if known)*

---

**4.9.1**

**Trane U.S. Inc.**
Nonpriority Creditor's Name
**Attn: President**
**3600 Pammel Creek Road**
**La Crosse, WI 54601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**                    $1.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

**4.9.2**

**Travelers Alliance Group**
Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 7064**
**San Francisco, CA 94120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   9709             $1.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

**4.9.3**

**United Rentals**
Nonpriority Creditor's Name
**Attn: President**
**6125 Lakeview Road**
**Suite 300**
**Charlotte, NC 28269**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   1717             $1.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                                Case number (if known) _____

---

| 4.9 4 | **University Sports Publications** | Last 4 digits of account number ____ | $1.00 |

Nonpriority Creditor's Name
**Attn: President**
**33 Dixwell Avenue**
**Dept. 323**
**New Haven, CT 06511**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

| 4.9 5 | **Valley National Bank** | Last 4 digits of account number ____ | $1.00 |

Nonpriority Creditor's Name
**Attn: President**
**1400 Valley Road**
**Wayne, NJ 07470**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

| 4.9 6 | **Washington International Insurance Company** | Last 4 digits of account number ____ | $1.00 |

Nonpriority Creditor's Name
**Attn: President**
**1450 American Lane 11th Floor**
**Schaumburg, IL 60173**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible guaranteed business debt**

---

Debtor 1  **Kevin L. Johnson**                                       Case number (if known) _____

---

**4.97**

**Welti Geotechnical P.C.**
Nonpriority Creditor's Name
**Attn: President**
**227 Williams Street**
**P.O. Box 397**
**Glastonbury, CT 06033**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **$1.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

**4.98**

**Westport Insurance Corporation**
Nonpriority Creditor's Name
**Attn: President**
**1450 American Lane**
**11th Floor**
**Schaumburg, IL 60173**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **$1.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

**4.99**

**Yankee Remodeler of New London**
Nonpriority Creditor's Name
**Attn: President**
**95 Truman Street**
**New London, CT 06320**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **1999**                          **$1.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **possible guaranteed business debt**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

---

3/11/21 12:44PM

Debtor 1 **Kevin L. Johnson**　　　　　　　　　　　Case number (if known)

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Admiral Insurance Company**<br>**Attn: President**<br>**1000 Howard Blvd Suite 300**<br>**P.O. Box 5430**<br>**Mount Laurel, NJ 08054** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ADP, LLC**<br>**Attn: President**<br>**1851 N. Resler Drive**<br>**MS-100**<br>**El Paso, TX 79912** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Express**<br>**Attn: President**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Avidia Bank**<br>**Attn: Avnish Puri**<br>**100 East Main Street**<br>**Westborough, MA 01581** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Butler Manufacturing**<br>**Attn: President**<br>**1540 Genessee Street**<br>**Kansas City, MO 64102** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Christine Sciarrino Esq**<br>**Asst. U.S. Attorney**<br>**1000 Lafayette Blvd**<br>**10th Floor**<br>**Bridgeport, CT 06601** | Line **2.1** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Corepointe Insurance Company**<br>**Attn: President**<br>**P.O. Box 34526**<br>**Seattle, WA 98124** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Corepointe Insurance Company**<br>**Attn: President**<br>**17771 Cowan**<br>**Suite 100**<br>**Irvine, CA 92614** | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Deborah L. Dorio**<br>**Pease & Dorio**<br>**316 Main Street**<br>**Farmington, CT 06032** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1    **Kevin L. Johnson**                                     Case number (if known) _____

_____

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Demetrius Gray**<br>**McCarthy Burgess & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**DeSanctis Insurance Agency Inc**<br>**Attn: President**<br>**100 Unicorn Park Drive**<br>**2nd Floor**<br>**Woburn, MA 01801** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Erica Gesing**<br>**Zwicker & Assoc.**<br>**1699 King Street**<br>**#207**<br>**Enfield, CT 06082** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**FGS, Inc.**<br>**Attn: President**<br>**P.O. Box 2097**<br>**Bangor, ME 04402** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Frank M. Putorti Jr.**<br>**Attn: Managing Partner**<br>**1338 Union Street**<br>**Schenectady, NY 12308** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Gannett Fleming Engineers &**<br>**Architects P.C.**<br>**Attn: President**<br>**P.O. Box 67100**<br>**Harrisburg, PA 17106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Garon Camassar**<br>**Dubicki & Camassar LLP**<br>**181 Broad Street**<br>**New London, CT 06320** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Genise W. Teich**<br>**c/o Corepointe Insurance Co.**<br>**17771 Cowan**<br>**Suite 100**<br>**Irvine, CA 92614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Gregory A. Ramsey**<br>**Twomey & Ramsey LLP**<br>**76 Woodland Street**<br>**Suite 203**<br>**Methuen, MA 01844** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Kevin L. Johnson**

Case number (if known)

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Gregory P. Carnese**<br>**P.O. Box 392**<br>**Old Lyme, CT 06371** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**HEMSGA**<br>**Attn: President**<br>**105 Hillcrest Drive**<br>**Cochran, GA 31014** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**HEMSGA**<br>**Attn: President**<br>**P.O. Box 25**<br>**Cochran, GA 31014** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Howard Kantrovitz**<br>**Gesmonde Pietrosimone &**<br>**Sgrignari LLC**<br>**3127 Whitney Avenue**<br>**Hamden, CT 06518** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Jennifer V. Doran**<br>**Hinckley Allen**<br>**28 State Street**<br>**Boston, MA 02109** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.76** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Jomax Recovery Service**<br>**Attn: President**<br>**9242 W. Union Hills Drive**<br>**Suite 102**<br>**Peoria, AZ 85382** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Jonathan D. Brown Esq,**<br>**737 Roanoke Avenue**<br>**Riverhead, NY 11901** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.80** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Joshua A. Gildea**<br>**Fitzpatrick Lentz & Bubba PC**<br>**4001 Schoolhouse Lane**<br>**P.O. Box 219**<br>**Center Valley, PA 18034** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Kevin Warren**<br>**Hutchinson Warren & Assoc**<br>**122 South Rawles Street**<br>**Suite 200**<br>**Romeo, MI 48065** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Lauren Hatch, Esq**<br>**Forward Financing LLC** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

3/11/21 12:44PM

Debtor 1   **Kevin L. Johnson**                                            Case number (if known)

**100 Summer Street**
**Suite 1175**
**Boston, MA 02110**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Liberty Mutual Surety Claims** | Line **4.27** of (Check one): |
| **Attn: President** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **P.O. Box 34526** | |
| **Seattle, WA 98124** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Liberty Mutual Surety Claims** | Line **4.30** of (Check one): |
| **Attn: Genise W. Teich** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17771 Cowan** | |
| **Suite 100** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Irvine, CA 92614** | |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Lyon Collection Services Inc.** | Line **4.8** of (Check one): |
| **Attn: President** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **7924 West Sahara Avenue** | |
| **Las Vegas, NV 89117** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Mark S. Zamarka** | Line **4.78** of (Check one): |
| **Waller Smith & Palmre P.C.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **52 Eugene O'Neill Drive** | |
| **P.O. Box 88** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New London, CT 06320** | |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Matthew M. Horowitz, Esq.** | Line **4.27** of (Check one): |
| **Wolf, Horowitz & Etlinger LLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **750  Main Street** | |
| **Suite 606** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Hartford, CT 06103** | |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Matthew M. Horowitz, Esq.** | Line **4.62** of (Check one): |
| **Wolf, Horowitz & Etlinger LLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **750  Main Street** | |
| **Suite 606** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Hartford, CT 06103** | |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Matthew M. Horowitz, Esq.** | Line **4.31** of (Check one): |
| **Wolf, Horowitz & Etlinger LLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **750  Main Street** | |
| **Suite 606** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Hartford, CT 06103** | |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **National Union** | Line **4.59** of (Check one): |
| **Attn: Manager** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **22427 Network Place** | |
| **Chicago, IL 60673** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Peter Gutowski** | Line **4.34** of (Check one): |
| **Freehill Hogan & Mahar LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

3/11/21 12:44PM

Debtor 1   **Kevin L. Johnson**                                      Case number (if known) _____

**80 Pine Street**
**25th Floor**
**New York, NY 10005**

| | |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **Peter Strniste Jr.** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Gordon & Rees LP** | Line **4.73** of (Check one): |
| **95 Glastonbury Boulevard** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 206** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Glastonbury, CT 06033** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **Selective Insurance Company of** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **America** | Line **4.60** of (Check one): |
| **Attn: Stasia Kelly** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **P.O.Box 7258** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **London, KY 40742** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **State of Connecticut** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Department of Revenue Services** | Line **2.2** of (Check one): |
| **Operations Div.** | ■ Part 1: Creditors with Priority Unsecured Claims |
| **P. O. Box 5089** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Hartford, CT 06102** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **Stephanie King** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Altus Receivables Managment** | Line **4.7** of (Check one): |
| **2400 Veterans Blvd** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 300** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Kenner, LA 70062** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **Theresa A. Koppanati Esq.** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Baker Braverman & Barbadoro** | Line **4.16** of (Check one): |
| **300 Crown Colony Drive** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 500** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Quincy, MA 02169** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **Timothy J. Lee** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Fasano Ippolito Lee &** | Line **4.25** of (Check one): |
| **Florentine LLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **388 Orange Street** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New Haven, CT 06511** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **United States of America** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Internal Revenue Service** | Line **2.1** of (Check one): |
| **Centralized Insolvency Office** | ■ Part 1: Creditors with Priority Unsecured Claims |
| **P.O. Box 21126** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Philadelphia, PA 19114** | |
| | Last 4 digits of account number |

---

| Name and Address | |
|---|---|
| **United States of America** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Internal Revenue Service** | Line **2.1** of (Check one): |
| **Centralized Insolvency Office** | ■ Part 1: Creditors with Priority Unsecured Claims |
| **P.O. Box 7346** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Philadelphia, PA 19101** | |
| | Last 4 digits of account number |

---

Debtor 1    **Kevin L. Johnson**                                         Case number *(if known)*

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Visual Edge Inc.**<br>**attn: President**<br>**L-3757**<br>**Columbus, OH 43260** | Line **4.11** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Willima H. Welte**<br>**Welte & Welte**<br>**13 Wood Street**<br>**Camden, ME 04843** | Line **4.32** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 312,639.19 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 312,639.19 |

3/11/21 12:44PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin L. Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City            State         ZIP Code | |
| **2.2** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City            State         ZIP Code | |
| **2.3** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City            State         ZIP Code | |
| **2.4** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City            State         ZIP Code | |
| **2.5** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City            State         ZIP Code | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

3/11/21 12:44PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin L. Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**1st Global Capital LLC** |
| 3.2 | **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**3 Shaws Cove** |
| 3.3 | **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**400 Northampton LP** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**A & M Pump & Motor** |
| 3.5 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Accurate Pest Control LLC** |
| 3.6 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Ace Consulting** |
| 3.7 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Admiral Insurance Company** |
| 3.8 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**ADP LLC** |
| 3.9 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Altus GTS Inc.** |
| 3.10 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**American Arrow Associates LLC** |

Debtor 1   **Kevin L. Johnson**

Case number *(if known)*

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
**American Copy Service Center**

---

3.12   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**American Express**

---

3.13   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Aquarion Water Company**

---

3.14   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
**Atlas Metal Works LLC**

---

3.15   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**Automatic Temperature Controls**

---

3.16   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Avidia Bank**

---

3.17   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**BAE Systems Jacksonville Ship**

---

Debtor 1    **Kevin L. Johnson**                                         Case number *(if known)*

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.18    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Bank of America**

---

3.19    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Benefit Reports, Inc.**

---

3.20    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**Bluetarp Financial Inc.**

---

3.21    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Box Inc.**

---

3.22    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.22**___
☐ Schedule G _____
**Butler Manufacturing**

---

3.23    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Caterpillar Financial Services**

---

3.24    **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.24**___
☐ Schedule G _____
**Cluff Carpet One**

---

Debtor 1    **Kevin L. Johnson**                                              Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.25  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Colonna Masonry Concrete &** |
| 3.26  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Commerce & Industry Insurance** |
| 3.27  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Corepointe Insurance Company** |
| 3.28  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Corporation Service Co.** |
| 3.29  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**De Lage Landen Financial** |
| 3.30  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**DeSanctis Insurance Agency Inc** |
| 3.31  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Developers Surety & Indemnity** |

Debtor 1   **Kevin L. Johnson**  _____          Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.32**___<br>☐ Schedule G _____<br>**Donald Meklin & Sons** |
| 3.33  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**E2 Engineers LLC** |
| 3.34  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**East Coast Mechanical** |
| 3.35  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**ECC & Assocates** |
| 3.36  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**Ekta Patel** |
| 3.37  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**Enerflex Energy Systems Inc.** |
| 3.38  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.39**___<br>☐ Schedule G _____<br>**Everett Co-Operative Bank** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Farrell Smith O'Connell LLP** |
| 3.40  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**FGS, Inc.** |
| 3.41  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Five Star Mechanical Inc.** |
| 3.42  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Foos Fire Inc.** |
| 3.43  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Forward Financing** |
| 3.44  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Gannett Fleming Engineers &** |
| 3.45  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Hamptons Carpet One** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Heartland EMS Inc.** |
| 3.47 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**HHC One Cambridge LLC** |
| 3.48 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Hy-Cert Services** |
| 3.49 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Insco Insurance Services Inc.** |
| 3.50 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Island Fire Life Safety Co.** |
| 3.51 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**J. Wise & Company LLC** |
| 3.52 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Jamaica Ash & Rubbish Removal** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.53 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Jan-Pro of Capital District** |
| 3.54 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.55__<br>☐ Schedule G _____<br>**JLV General Construction** |
| 3.55 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**Jpmcb-Card Services** |
| 3.56 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Kabbage Inc.** |
| 3.57 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Keating Inc.** |
| 3.58 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Kevin Soto** |
| 3.59 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Lasting Images** |

Debtor 1   **Kevin L. Johnson**

Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Liberty Mutual Insurance** |
| 3.61   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**M2 Lease Fund LLC** |
| 3.62   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Material Testing Inc.** |
| 3.63   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Mattern Construction Inc.** |
| 3.64   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**Milan Patel** |
| 3.65   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**Mount Castle Corporation** |
| 3.66   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**MTG Electric** |

Debtor 1   **Kevin L. Johnson** _____   Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.67   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.69**___
☐ Schedule G _____
**Murtha Cullina LLP**

---

3.68   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.70**___
☐ Schedule G _____
**Nelson & Pope Engineers**

---

3.69   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.71**___
☐ Schedule G _____
**New England In Touch**

---

3.70   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.72**___
☐ Schedule G _____
**North American Capacity**

---

3.71   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.73**___
☐ Schedule G _____
**North American Specialty**

---

3.72   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.74**___
☐ Schedule G _____
**North American Surety Group**

---

3.73   **Cambridge Marine Construction**
**3 Shaws Cove**
**Suite 201**
**New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.75**___
☐ Schedule G _____
**Park Roway Inc.**

---

Debtor 1 **Kevin L. Johnson**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Patel Construction LLC** |
| 3.75 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Peckar & Abramson** |
| 3.76 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Precision Tanks Inc.** |
| 3.77 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**Republicash LLC** |
| 3.78 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**Riverhead Building Supply Co.** |
| 3.79 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**Seaward Marine Corporation** |
| 3.80 **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>**Securitas Security Services** |

Debtor 1  **Kevin L. Johnson** _____  Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.81  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.83**___
☐ Schedule G _____
**Security King**

---

3.82  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.84**___
☐ Schedule G _____
**Silktown Roofing Inc.**

---

3.83  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.85**___
☐ Schedule G _____
**SMS Services, Inc.**

---

3.84  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.86**___
☐ Schedule G _____
**Strategic Building Solutions**

---

3.85  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.87**___
☐ Schedule G _____
**Sullivan & Merritt Inc.**

---

3.86  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.88**___
☐ Schedule G _____
**T.F. O'Brien & Co. Inc.**

---

3.87  **Cambridge Marine Construction**
       **3 Shaws Cove**
       **Suite 201**
       **New London, CT 06320**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.89**___
☐ Schedule G _____
**The Hanover Insurance Group**

---

Debtor 1   **Kevin L. Johnson**                                    Case number *(if known)*

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.88   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.90__<br>☐ Schedule G _____<br>**Thomas Industrial Coatings Inc** |
| 3.89   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.91__<br>☐ Schedule G _____<br>**Trane U.S. Inc.** |
| 3.90   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.92__<br>☐ Schedule G _____<br>**Travelers Alliance Group** |
| 3.91   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.93__<br>☐ Schedule G _____<br>**United Rentals** |
| 3.92   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.94__<br>☐ Schedule G _____<br>**University Sports Publications** |
| 3.93   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.95__<br>☐ Schedule G _____<br>**Valley National Bank** |
| 3.94   **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   __4.96__<br>☐ Schedule G _____<br>**Washington International** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

<table>
<tr><td colspan="2">■ **Additional Page to List More Codebtors**</td></tr>
<tr><td>*Column 1:* **Your codebtor**</td><td>*Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply:</td></tr>
<tr>
<td>3.95  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.97__<br>☐ Schedule G _____<br>**Welti Geotechnical P.C.**</td>
</tr>
<tr>
<td>3.96  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.98__<br>☐ Schedule G _____<br>**Westport Insurance Corporation**</td>
</tr>
<tr>
<td>3.97  **Cambridge Marine Construction**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.99__<br>☐ Schedule G _____<br>**Yankee Remodeler of New London**</td>
</tr>
<tr>
<td>3.98  **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.1__<br>☐ Schedule G _____<br>**1st Global Capital LLC**</td>
</tr>
<tr>
<td>3.99  **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.2__<br>☐ Schedule G _____<br>**3 Shaws Cove**</td>
</tr>
<tr>
<td>3.10  **Jeffery P. Johnson**<br>0  **72 Mistuxet Avenue**<br>**Mystic, CT 06355**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.3__<br>☐ Schedule G _____<br>**400 Northampton LP**</td>
</tr>
<tr>
<td>3.10  **Jeffery P. Johnson**<br>1  **72 Mistuxet Avenue**<br>**Mystic, CT 06355**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.4__<br>☐ Schedule G _____<br>**A & M Pump & Motor**</td>
</tr>
<tr>
<td>3.10  **Jeffery P. Johnson**<br>2  **72 Mistuxet Avenue**<br>**Mystic, CT 06355**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.5__<br>☐ Schedule G _____<br>**Accurate Pest Control LLC**</td>
</tr>
</table>

Debtor 1  **Kevin L. Johnson** _____  Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>3 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Ace Consulting** |
| 3.10<br>4 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Admiral Insurance Company** |
| 3.10<br>5 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**ADP LLC** |
| 3.10<br>6 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Altus GTS Inc.** |
| 3.10<br>7 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**American Arrow Associates LLC** |
| 3.10<br>8 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**American Copy Service Center** |
| 3.10<br>9 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**American Express** |
| 3.11<br>0 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Aquarion Water Company** |

3/11/21 12:44PM

Debtor 1  **Kevin L. Johnson**                                      Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>1 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Atlas Metal Works LLC** |
| 3.11<br>2 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Automatic Temperature Controls** |
| 3.11<br>3 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Avidia Bank** |
| 3.11<br>4 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**BAE Systems Jacksonville Ship** |
| 3.11<br>5 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Bank of America** |
| 3.11<br>6 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Benefit Reports, Inc.** |
| 3.11<br>7 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**Bluetarp Financial Inc.** |
| 3.11<br>8 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Box Inc.** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.11 9 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Butler Manufacturing** |
|---|---|---|
| 3.12 0 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Caterpillar Financial Services** |
| 3.12 1 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Cluff Carpet One** |
| 3.12 2 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Colonna Masonry Concrete &** |
| 3.12 3 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Commerce & Industry Insurance** |
| 3.12 4 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Corepointe Insurance Company** |
| 3.12 5 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Corporation Service Co.** |
| 3.12 6 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**De Lage Landen Financial** |

Debtor 1   **Kevin L. Johnson**

Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.127 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.30__<br>☐ Schedule G _____<br>**DeSanctis Insurance Agency Inc** |
| 3.128 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.31__<br>☐ Schedule G _____<br>**Developers Surety & Indemnity** |
| 3.129 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.32__<br>☐ Schedule G _____<br>**Donald Meklin & Sons** |
| 3.130 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.33__<br>☐ Schedule G _____<br>**E2 Engineers LLC** |
| 3.131 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.34__<br>☐ Schedule G _____<br>**East Coast Mechanical** |
| 3.132 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.35__<br>☐ Schedule G _____<br>**ECC & Assocates** |
| 3.133 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.36__<br>☐ Schedule G _____<br>**Ekta Patel** |
| 3.134 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.38__<br>☐ Schedule G _____<br>**Enerflex Energy Systems Inc.** |

Debtor 1  **Kevin L. Johnson**                                                        Case number *(if known)*

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.135 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Everett Co-Operative Bank** |
| 3.136 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Farrell Smith O'Connell LLP** |
| 3.137 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**FGS, Inc.** |
| 3.138 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Five Star Mechanical Inc.** |
| 3.139 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Foos Fire Inc.** |
| 3.140 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Forward Financing** |
| 3.141 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Gannett Fleming Engineers &** |
| 3.142 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Hamptons Carpet One** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>3 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Heartland EMS Inc.** |
| 3.14<br>4 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**HHC One Cambridge LLC** |
| 3.14<br>5 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Hy-Cert Services** |
| 3.14<br>6 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Insco Insurance Services Inc.** |
| 3.14<br>7 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.1__<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.14<br>8 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Island Fire Life Safety Co.** |
| 3.14<br>9 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**J. Wise & Company LLC** |
| 3.15<br>0 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Jamaica Ash & Rubbish Removal** |

Debtor 1   **Kevin L. Johnson**

Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.15
1

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Jan-Pro of Capital District**

3.15
2

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**JLV General Construction**

3.15
3

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**Kabbage Inc.**

3.15
4

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Keating Inc.**

3.15
5

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.60__
☐ Schedule G _____
**Kevin Soto**

3.15
6

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**Lasting Images**

3.15
7

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**Liberty Mutual Insurance**

3.15
8

**Jeffery P. Johnson**
**72 Mistuxet Avenue**
**Mystic, CT 06355**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**M2 Lease Fund LLC**

Debtor 1   **Kevin L. Johnson**                                    Case number *(if known)*  _____

| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.15 9 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.64___ <br> ☐ Schedule G _____ <br> **Material Testing Inc.** |
| 3.16 0 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.65___ <br> ☐ Schedule G _____ <br> **Mattern Construction Inc.** |
| 3.16 1 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.66___ <br> ☐ Schedule G _____ <br> **Milan Patel** |
| 3.16 2 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.67___ <br> ☐ Schedule G _____ <br> **Mount Castle Corporation** |
| 3.16 3 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.68___ <br> ☐ Schedule G _____ <br> **MTG Electric** |
| 3.16 4 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.69___ <br> ☐ Schedule G _____ <br> **Murtha Cullina LLP** |
| 3.16 5 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.70___ <br> ☐ Schedule G _____ <br> **Nelson & Pope Engineers** |
| 3.16 6 | **Jeffery P. Johnson** <br> **72 Mistuxet Avenue** <br> **Mystic, CT 06355** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.71___ <br> ☐ Schedule G _____ <br> **New England In Touch** |

Debtor 1 **Kevin L. Johnson**

Case number *(if known)*

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.16<br>7 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**NewRez** |
| 3.16<br>8 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G _____<br>**North American Capacity** |
| 3.16<br>9 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>**North American Specialty** |
| 3.17<br>0 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.74__<br>☐ Schedule G _____<br>**North American Surety Group** |
| 3.17<br>1 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**Park Roway Inc.** |
| 3.17<br>2 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Patel Construction LLC** |
| 3.17<br>3 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Peckar & Abramson** |
| 3.17<br>4 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Precision Tanks Inc.** |

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>5 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>**Republicash LLC** |
| 3.17<br>6 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>**Riverhead Building Supply Co.** |
| 3.17<br>7 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>**Seaward Marine Corporation** |
| 3.17<br>8 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**Securitas Security Services** |
| 3.17<br>9 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**Security King** |
| 3.18<br>0 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>**Silktown Roofing Inc.** |
| 3.18<br>1 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>**SMS Services, Inc.** |
| 3.18<br>2 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>**State of Connecticut** |

Debtor 1 **Kevin L. Johnson** _____

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>3 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Strategic Building Solutions** |
| 3.18<br>4 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Sullivan & Merritt Inc.** |
| 3.18<br>5 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**T.F. O'Brien & Co. Inc.** |
| 3.18<br>6 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**The Hanover Insurance Group** |
| 3.18<br>7 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>**Thomas Industrial Coatings Inc** |
| 3.18<br>8 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __2.3__<br>☐ Schedule G _____<br>**Town of Stonington** |
| 3.18<br>9 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**Trane U.S. Inc.** |
| 3.19<br>0 | **Jeffery P. Johnson**<br>**72 Mistuxet Avenue**<br>**Mystic, CT 06355** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Travelers Alliance Group** |

Debtor 1   **Kevin L. Johnson**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.19 1 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.93__ ☐ Schedule G _____ **United Rentals** |
| 3.19 2 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.94__ ☐ Schedule G _____ **University Sports Publications** |
| 3.19 3 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.95__ ☐ Schedule G _____ **Valley National Bank** |
| 3.19 4 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.96__ ☐ Schedule G _____ **Washington International** |
| 3.19 5 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.97__ ☐ Schedule G _____ **Welti Geotechnical P.C.** |
| 3.19 6 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.98__ ☐ Schedule G _____ **Westport Insurance Corporation** |
| 3.19 7 | **Jeffery P. Johnson** **72 Mistuxet Avenue** **Mystic, CT 06355** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.99__ ☐ Schedule G _____ **Yankee Remodeler of New London** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kevin L. Johnson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | **Doyon Technical Services** |
| | **Employer's address** | | **3450 S. 344th Way<br>Suite 100<br>Auburn, WA 98001** |
| | **How long employed there?** | | **1 1/2 months** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 9,583.34 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 9,583.34 |

Debtor 1  **Kevin L. Johnson**                                    Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $  0.00 | $  9,583.34 |

**5.** **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $  0.00 | $  1,441.57 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $  0.00 | $  0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $  0.00 | $  0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $  0.00 | $  0.00 |
| 5e. **Insurance** | 5e. | $  0.00 | $  676.43 |
| 5f. **Domestic support obligations** | 5f. | $  0.00 | $  0.00 |
| 5g. **Union dues** | 5g. | $  0.00 | $  0.00 |
| 5h. **Other deductions.** Specify:  **WA Labor and Industries** | 5h.+ | $  0.00  + | $  102.98 |
|       **WA Paid FML-EE** | | $  0.00 | $  24.16 |
|       **Dental** | | $  0.00 | $  124.37 |
|       **life** | | $  0.00 | $  202.17 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  0.00 | $  2,571.68 |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $  0.00 | $  7,011.66 |

**8.** **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  0.00 |
| 8b. **Interest and dividends** | 8b. | $  0.00 | $  0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  0.00 |
| 8d. **Unemployment compensation** | 8d. | $  0.00 | $  0.00 |
| 8e. **Social Security** | 8e. | $  0.00 | $  0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  0.00 | $  0.00 |
| 8g. **Pension or retirement income** | 8g. | $  0.00 | $  0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $  0.00  + | $  0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  0.00 | $  0.00 |

**10.** **Calculate monthly income.** Add line 7 + line 9.       10. $  0.00  + $  7,011.66  = $  7,011.66
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                              11. +$  0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $  7,011.66

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

| Fill in this information to identify your case: |
| --- |

Debtor 1    **Kevin L. Johnson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    　　☐ No
    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and      ☐ Yes.  Fill out this information for
    Debtor 2.                               each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
| --- | --- | --- |
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,194.48 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 150.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **Kevin L. Johnson**                                          Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | **278.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | | **60.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | **230.00** |
| | 6d. Other. Specify: | 6d. $ | | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | | **550.00** |
| 8. | **Childcare and children's education costs** | 8. $ | | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | **25.00** |
| 10. | **Personal care products and services** | 10. $ | | **25.00** |
| 11. | **Medical and dental expenses** | 11. $ | | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | 12. $ | | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | **25.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | | **25.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | **27.79** |
| | 15b. Health insurance | 15b. $ | | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | | **378.58** |
| | 15d. Other insurance. Specify: | 15d. $ | | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify:   **vehicle taxes** | 16. $ | | **59.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | **0.00** |
| | 17c. Other. Specify: | 17c. $ | | **0.00** |
| | 17d. Other. Specify: | 17d. $ | | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | 19. $ | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | **0.00** |
| | 20b. Real estate taxes | 20b. $ | | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | **0.00** |
| 21. | **Other:** Specify:   **husband's expenses to live out of state** | 21. +$ | | **1,400.00** |
| | **husband's repayment obligation to IRS** | +$ | | **1,666.00** |
| | **husband's car payment** | +$ | | **540.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **7,033.85** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **7,033.85** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | | **7,011.66** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | **7,033.85** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | | **-22.19** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    | Explain here: |

3/11/21 12:44PM

**Fill in this information to identify your case:**

Debtor 1    **Kevin L. Johnson**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kevin L. Johnson**                    X
**Kevin L. Johnson**                            Signature of Debtor 2
Signature of Debtor 1

Date    **March 11, 2021**                       Date

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | Kevin L. Johnson | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $18,812.32 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Kevin L. Johnson**                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | ☐ Wages, commissions,<br>bonuses, tips | $2,200.00 | ■ Wages, commissions,<br>bonuses, tips | $27,074.56 |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ■ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|

Debtor 1   **Kevin L. Johnson**   Case number (*if known*)

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Corepointe Insurance Co. et al v Johnson, Kevin | Contract | Judicial District of New London Attn: Clerk 70 Huntington Street New London, CT 06320 | ■ Pending ☐ On appeal ☐ Concluded |
| North American Specialty Insurance Company v Cambridge Marine Construction Inc. et al 3:20-CV-00352-VAB | Contract | U.S. District Court District of Connecticut 141 Church Street New Haven, CT 06510 | ■ Pending ☐ On appeal ☐ Concluded |

10.   **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11.   **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.   **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

Debtor 1   **Kevin L. Johnson**                                      Case number *(if known)*

---

**Part 5:**   **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**   **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Novak Law Office, PC**<br>**280 Adams Street**<br>**Manchester, CT 06042** | **retainer and filing fees** | **10/19/2020** | **$2,835.00** |
| **MoneySharp Credit Counseling**<br>**222 Merchandise Mart Plaza**<br>**Suite 1225**<br>**Chicago, IL 60654** | **credit counseling class** | **10/26/2020** | **$10.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

---

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page 4

Debtor 1   **Kevin L. Johnson**                                    Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Avidia Bank**<br>**Attn: President**<br>**42 Main St**<br>**Hudson, MA 01749**<br><br>**2nd mortgage holder on home** | **$40,651.47 transferred to settle second mortgage claim** | **paid off $4 million dollar second mortgage guarantee of business debt** | **11/10/2020** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chelsea Groton Bank**<br>**Attn: President**<br>**904 Poquonock Road**<br>**Groton, CT 06340** | **XXXX-4764** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 2020** | **$0.00** |
| **Morgan Stanley**<br>**Attn: President**<br>**2000 Westchester Avenue**<br>**Purchase, NY 10057** | **XXXX-2370** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | **October 2020** | **$40,651.47** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1  **Kevin L. Johnson**

Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Putnam Investments<br>Attn: President<br>P.O. Box 219697<br>Kansas City, MO 64121 | | 529 College Account for benefit of daughter | Unknown |

---

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

Official Form 107  **Statement of Financial Affairs for Individuals Filing for Bankruptcy**  page 6

Debtor 1   **Kevin L. Johnson**                                    Case number *(if known)*

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

■ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Official Form 107                     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                     page **7**

Debtor 1    **Kevin L. Johnson**                                    Case number *(if known)* _____

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Kevin L. Johnson** _____        _____
**Kevin L. Johnson**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **March 11, 2021** _____        Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Kevin L. Johnson | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **NewRez** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**retain and pay** | ☐ No<br><br>■ Yes |
| Description of property securing debt: **72 Mistuxet Avenue Mystic, CT 06355  New London County** | | |

### Part 2:     List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Kevin L. Johnson**                                    Case number *(if known)*

Description of leased
Property:                                                              ☐ Yes

Lessor's name:                                                         ☐ No
Description of leased
Property:                                                              ☐ Yes

Lessor's name:                                                         ☐ No
Description of leased
Property:                                                              ☐ Yes

Lessor's name:                                                         ☐ No
Description of leased
Property:                                                              ☐ Yes

Lessor's name:                                                         ☐ No
Description of leased
Property:                                                              ☐ Yes

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

Debtor 1   **Kevin L. Johnson**                                                    Case number *(if known)*

---

Part 3:   **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Kevin L. Johnson**                                   X

**Kevin L. Johnson**                                         Signature of Debtor 2
Signature of Debtor 1

Date   **March 11, 2021**                                    Date

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid #ccc; background:#e0e0e0; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re  **Kevin L. Johnson**                                                    Case No.
                                          Debtor(s)              Chapter        **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $              **2,500.00** |
| Prior to the filing of this statement I have received | $              **2,500.00** |
| Balance Due | $                   **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **Reference is hereby made to the Bankruptcy Retainer Agreement dated October 26, 2020 for description of services and compensation to be paid.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to the Chapter 7 case described above.  Under no cirumstances shall this agreement be construed to impose a professional obligation or duty upon the attorney to represent the client in related or unrelated matters which matters are in the proper jurisdiction of the Superior Courts of  the State of Connecticut.**

    **Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to motion pursuant to sec. 522(f) and sec. 506 requries a separate attorney's fee to be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor.  The undersigned attorney is not responsible, nor obligated to any way, to undertake representation of the Debtor in any adversary proceeding, unless separately retained to do so.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 11, 2021**                                    **/s/ Anthony S. Novak**
*Date*                                                **Anthony S. Novak**
                                                      *Signature of Attorney*
                                                      **Novak Law Office, P.C.**
                                                      **280 Adams Street**
                                                      **Manchester, CT 06042**
                                                      **860-432-7710  Fax: 860-432-7724**
                                                      **anthonysnovak@aol.com**
                                                      *Name of law firm*

---

### United States Bankruptcy Court
#### District of Connecticut

In re   **Kevin L. Johnson**

                                     Debtor(s)

Case No.

Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 11, 2021**

**/s/ Kevin L. Johnson**
**Kevin L. Johnson**
Signature of Debtor

1st Global Capital LLC
Attn: President
1250 East Hallandale
Beach Blvd  Suite 903
Hallandale, FL 33009


3 Shaws Cove
Attn: Rimco
116 Gristmill Lane
Great Neck, NY 11023


400 Northampton LP
Attn: President
400 Northampton Street 708
Easton, PA 18042


A & M Pump & Motor
Attn: President
42B East 2nd Street
Mineola, NY 11501


Accurate Pest Control LLC
Attn: President
1161 Curry Road
Schenectady, NY 12306


Ace Consulting
Attn: President
103 Deerfield Circle
Nicholasville, KY 40356


Admiral Insurance Company
Attn: President
NW5117
P.O. Box 1450
Minneapolis, MN 55485


Admiral Insurance Company
Attn: President
1000 Howard Blvd Suite 300
P.O. Box 5430
Mount Laurel, NJ 08054


ADP LLC
Attn: President
P.O. Box 842875
Boston, MA 02284

ADP, LLC
Attn: President
1851 N. Resler Drive
MS-100
El Paso, TX 79912


Altus GTS Inc.
Attn: President
2400 Veterans Memorial Blvd
Suite 300
Kenner, LA 70062


American Arrow Associates LLC
Attn: Presidet
1589 SW Balmoral Trace
Stuart, FL 34997


American Copy Service Center
Attn: President
2095 S. Main Street
Waterbury, CT 06706


American Express
Attn: President
PO Box 981537
El Paso, TX 79998


American Express
Attn: President
PO Box 297871
Fort Lauderdale, FL 33329


Aquarion Water Company
Attn: President
PO Box 10010
Lewiston, ME 04243


Atlas Metal Works LLC
Attn: President
48 Commerce Way
South Windsor, CT 06074


Automatic Temperature Controls
Attn: President
95 Connecticut Street
Cranston, RI 02920

Avidia Bank
Attn: President
42 Main St
Hudson, MA 01749


Avidia Bank
Attn: Avnish Puri
100 East Main Street
Westborough, MA 01581


BAE Systems Jacksonville Ship
Repair LLC
Attn: President
8500 Heckscher Drive
Jacksonville, FL 32226


Bank of America
Attn President
P. O. Box 31785
Tampa, FL 33631


Benefit Reports, Inc.
attn: President
554 Washington Street
Wellesley, MA 02482


Bluetarp Financial Inc.
Attn: President
One Monument Square #800
Portland, ME 04101


Box Inc.
Attn: President
900 Jefferson Avenue
Redwood City, CA 94063


Butler Manufacturing
Attn: Bonnie Long
400 N. Weaber
Annville, PA 17003


Butler Manufacturing
Attn: President
1540 Genessee Street
Kansas City, MO 64102

Cambridge Marine Construction
3 Shaws Cove
Suite 201
New London, CT 06320


Caterpillar Financial Services
Attn: President
2120 West End Avenue
Nashville, TN 37203


Christine Sciarrino Esq
Asst. U.S. Attorney
1000 Lafayette Blvd
10th Floor
Bridgeport, CT 06601


Cluff Carpet One
Attn: President
118 Cross Road
Waterford, CT 06385


Colonna Masonry Concrete &
Asphalt Paving LLC
Attn: President
160 Fresh Meadow Road
West Haven, CT 06516


Commerce & Industry Insurance
Company
Attn: President
175 Water St. 18th Floor
New York, NY 10038


Corepointe Insurance Company
Attn: President
17771 Cowan
Suite 100
Irvine, CA 92614


Corepointe Insurance Company
Attn: President
P.O. Box 34526
Seattle, WA 98124

Corporation Service Co.
Attn President
P. O. Box 2576
Springfield, IL 62708


De Lage Landen Financial
Services Inc.
Attn: President
49 Walpole Street
Norwood, MA 02062


Deborah L. Dorio
Pease & Dorio
316 Main Street
Farmington, CT 06032


Demetrius Gray
McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146


DeSanctis Insurance Agency Inc
attn: President
100 Unicorn Park Drive
Woburn, MA 01801


DeSanctis Insurance Agency Inc
Attn: President
100 Unicorn Park Drive
2nd Floor
Woburn, MA 01801


Developers Surety & Indemnity
Attn: President
P.O. Box 34526
Seattle, WA 98124


Donald Meklin & Sons
Excavating LLC
Attn: President
67 Front Street
Rockland, ME 04841

E2 Engineers LLC
Attn: President
488 Montauk Avenue
New London, CT 06320


East Coast Mechanical
Contracting Corp.
Attn: President
340 Jackson Avenue
Bronx, NY 10454


ECC & Assocates
Attn: President
26 Railroad Avenue
Babylon, NY 11702


Ekta Patel
7 Londonderry Lane
Georgetown, MA 01833


Elisabeth Googins
118 Bowman Road
Belton, SC 29627


Enerflex Energy Systems Inc.
Attn: President
10815 Telge Road
Houston, TX 77095


Erica Gesing
Zwicker & Assoc.
1699 King Street
#207
Enfield, CT 06082


Everett Co-Operative Bank
Attn: President
419 Broadway
Everett, MA 02149


Farrell Smith O'Connell LLP
Attn: Managing Partner
2355 Main Street
P.O. Box 186
South Chatham, MA 02659

```
FGS, Inc.
Attn: President
136 Maine Avenue
Bangor, ME 04401


FGS, Inc.
Attn: President
P.O. Box 2097
Bangor, ME 04402


Five Star Mechanical Inc.
Attn: President
198 Jericho Turnpike
Suite 2
Mineola, NY 11501


Foos Fire Inc.
Attn: President
12-4 Technology Drive
East Setauket, NY 11733


Forward Financing
Attn: President
100 Summer St #1175
Boston, MA 02110


Frank M. Putorti Jr.
Attn: Managing Partner
1338 Union Street
Schenectady, NY 12308


Gannett Fleming Engineers &
Architects P.C.
Attn: President
P.O. Box 829160
Philadelphia, PA 19182


Gannett Fleming Engineers &
Architects P.C.
Attn: President
P.O. Box 67100
Harrisburg, PA 17106


Garon Camassar
Dubicki & Camassar LLP
181 Broad Street
New London, CT 06320
```

Genise W. Teich
c/o Corepointe Insurance Co.
17771 Cowan
Suite 100
Irvine, CA 92614


Gregory A. Ramsey
Twomey & Ramsey LLP
76 Woodland Street
Suite 203
Methuen, MA 01844


Gregory P. Carnese
P.O. Box 392
Old Lyme, CT 06371


Hamptons Carpet One
Attn: Manager
675 North Sea Road
Southampton, NY 11968


Heartland EMS Inc.
Attn: Beth Ballard
P.O. Box 636
256 Lucas Road
Cochran, GA 31014


HEMSGA
Attn: President
105 Hillcrest Drive
Cochran, GA 31014


HEMSGA
Attn: President
P.O. Box 25
Cochran, GA 31014


HHC One Cambridge LLC
c/o Patel Construction LLC
27 Congress Street
Salem, MA 01970


Howard Kantrovitz
Gesmonde Pietrosimone &
Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518

Hy-Cert Services
Attn: President
122 Cain Drive
Brentwood, NY 11717


Insco Insurance Services Inc.
Attn: President
200 Cherrington Parkway
Coraopolis, PA 15108


Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103


Island Fire Life Safety Co.
Attn: President
630 Broadway Avenue
Suite 1
Holbrook, NY 11741


J. Wise & Company LLC
Attn: President
1003 Morgantown Road
Shillington, PA 19607


Jamaica Ash & Rubbish Removal
Attn: President
P.O. Box 833
Westbury, NY 11590


Jan-Pro of Capital District
Attn: President
423-A New Karner Road
Albany, NY 12205


Jeffery P. Johnson
72 Mistuxet Avenue
Mystic, CT 06355


Jennifer V. Doran
Hinckley Allen
28 State Street
Boston, MA 02109

JLV General Construction
Attn: President
123 Stratford Avenue
Williston Park, NY 11596


Jomax Recovery Service
Attn: President
9242 W. Union Hills Drive
Suite 102
Peoria, AZ 85382


Jonathan D. Brown Esq,
737 Roanoke Avenue
Riverhead, NY 11901


Jordan Googins
29 Wintergreen Drive
Quaker Hill, CT 06375


Joshua A. Gildea
Fitzpatrick Lentz & Bubba PC
4001 Schoolhouse Lane
P.O. Box 219
Center Valley, PA 18034


Jpmcb-Card Services
Attn: President
P.O. Box 15369
Wilmington, DE 19850


Kabbage Inc.
Attn: President
P.O. Box 77081
Atlanta, GA 30357


Keating Inc.
Attn: President
144 Turnpike Road
Suite 150
Southborough, MA 01772


Kevin Soto
c/o Gambeski & Frum
Attn: Managing Partner
565 Taxter Road
Elmsford, NY 10523

Kevin Warren
Hutchinson Warren & Assoc
122 South Rawles Street
Suite 200
Romeo, MI 48065

Lasting Images
Atn: President
166 Nancy Drive
East Meadow, NY 11554

Lauren Hatch, Esq
Forward Financing LLC
100 Summer Street
Suite 1175
Boston, MA 02110

Liberty Mutual Insurance
Attn: President
17771 Cowan
Suite 200
Irvine, CA 92614

Liberty Mutual Surety Claims
Attn: President
P.O. Box 34526
Seattle, WA 98124

Liberty Mutual Surety Claims
Attn: Genise W. Teich
17771 Cowan
Suite 100
Irvine, CA 92614

Lyon Collection Services Inc.
Attn: President
7924 West Sahara Avenue
Las Vegas, NV 89117

M2 Lease Fund LLC
Attn: President
175 Patrick Blvd
Suite 140
Brookfield, WI 53045

Mark S. Zamarka
Waller Smith & Palmre P.C.
52 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320

Material Testing Inc.
Attn: President
55 Laura Street
East Haven, CT 06512

Mattern Construction Inc.
Attn: President
26M Bushnell Hollow Road
Baltic, CT 06330

Matthew M. Horowitz, Esq.
Wolf, Horowitz & Etlinger LLC
750 Main Street
Suite 606
Hartford, CT 06103

Milan Patel
7 Londonderry Lane
Georgetown, MA 01833

Mount Castle Corporation
Attn: President
45 Richards Grove Road
Waterford, CT 06375

MTG Electric
Attn: President
3 Stevens Court
Saratoga Springs, NY 12866

Murtha Cullina LLP
Attn: Managing Partner
Dept. 101011
P.O. Box 150435
Hartford, CT 06115

National Union
Attn: Manager
22427 Network Place
Chicago, IL 60673

Nelson & Pope Engineers
& Surveyors
572 Walt Whitman Road
Melville, NY 11747


New England In Touch
Attn: President
255 Quaker Lane
West Warwick, RI 02893


NewRez
Attn: President
P.O. Box 8068
Virginia Beach, VA 23450


North American Capacity
Insurance Company
Attn: President
1450 American Lane 11th Floor
Schaumburg, IL 60173


North American Specialty
Insurance Company
Attn: President
1450 American Lane 11th Fl
Schaumburg, IL 60173


North American Surety Group
Attn: President
475 N. Martingale Road
Suite 850
Schaumburg, IL 60173


Park Roway Inc.
Attn: President
51 Norwich Road
Quaker Hill, CT 06375


Patel Construction LLC
Attn: President
27 Conress Street
Salem, MA 01970


Peckar & Abramson
Attn: Managing Partner
70 Grand Avenue
River Edge, NJ 07661

Peter Gutowski
Freehill Hogan & Mahar LLP
80 Pine Street
25th Floor
New York, NY 10005


Peter Strniste Jr.
Gordon & Rees LP
95 Glastonbury Boulevard
Suite 206
Glastonbury, CT 06033


Precision Tanks Inc.
Attn: President
105 Jackson Street
P.O. Box 257
Thompson, IA 50478


Republicash LLC
Attn: President
682 Main Street
South Portland, ME 04106


Riverhead Building Supply Co.
Attn: President
250 David Court
Calverton, NY 11933


Seaward Marine Corporation
Attn: President
1500-B Steel Street
Chesapeake, VA 23323


Securitas Security Services
Attn; Clerk
255 Pitkin Street
F1
East Hartford, CT 06108


Security King
Attn: President
6 Hedge Lane
Merrick, NY 11566

Selective Insurance Company of
America
Attn: Stasia Kelly
P.O.Box 7258
London, KY 40742


Silktown Roofing Inc.
Attn: President
27 Pleasant Street
Manchester, CT 06040


SMS Services, Inc.
Attn: President
207A East St
Methuen, MA 01844


State of Connecticut
Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103


State of Connecticut
Department of Revenue Services
Operations Div.
P. O. Box 5089
Hartford, CT 06102


Stephanie King
Altus Receivables Managment
2400 Veterans Blvd
Suite 300
Kenner, LA 70062


Strategic Building Solutions
Attn: President
135 New Rd #2
Madison, CT 06443


Sullivan & Merritt Inc.
Attn: President
91 Freedom Pkwy
Hermon, ME 04401

T.F. O'Brien & Co. Inc.
Attn: President
100 Denton Avenue
New Hyde Park, NY 11040


The Hanover Insurance Group
Attn: President
P.O. Box 58005
Charlotte, NC 28285


Theresa A. Koppanati Esq.
Baker Braverman & Barbadoro
300 Crown Colony Drive
Suite 500
Quincy, MA 02169


Thomas Industrial Coatings Inc
Attn: President
2070 Hwy Z
Pevely, MO 63070


Timothy J. Lee
Fasano Ippolito Lee &
Florentine LLC
388 Orange Street
New Haven, CT 06511


Town of Stonington
Attn: Tax Collector
152 Elm Street
Stonington, CT 06378


Trane U.S. Inc.
Attn: President
3600 Pammel Creek Road
La Crosse, WI 54601


Travelers Alliance Group
Attn: President
P.O. Box 7064
San Francisco, CA 94120


United Rentals
Attn: President
6125 Lakeview Road
Suite 300
Charlotte, NC 28269

United States of America
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114


United States of America
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101


University Sports Publications
Attn: President
33 Dixwell Avenue
Dept. 323
New Haven, CT 06511


Valley National Bank
Attn: President
1400 Valley Road
Wayne, NJ 07470


Visual Edge Inc.
attn: President
L-3757
Columbus, OH 43260


Washington International
Insurance Company
Attn: President
1450 American Lane 11th Floor
Schaumburg, IL 60173


Welti Geotechnical P.C.
Attn: President
227 Williams Street
P.O. Box 397
Glastonbury, CT 06033


Westport Insurance Corporation
Attn: President
1450 American Lane
11th Floor
Schaumburg, IL 60173

Willima H. Welte
Welte & Welte
13 Wood Street
Camden, ME 04843


Yankee Remodeler of New London
Attn: President
95 Truman Street
New London, CT 06320